**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAVAYA DAVIS,<br><br>                          Plaintiff,<br><br>         -against-<br><br>Amazon.com, Inc. and Bindu Pirlamarla,<br><br>                          Defendant. | Civil Action No. 1:25-cv-00149<br>(Marutollo, M.J.) |

**PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

Upon consent of the parties, it is hereby ORDERED as follows:

1. The date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1), if not yet completed: April 8, 2025.

2. No amendment of the pleadings will be permitted after: April 8, 2025.

3. No additional parties may be joined after: April 8, 2025.

4. Fact discovery shall be completed by: January 5, 2026.

5. Plaintiff shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: October 6, 2025.

6. Defendants shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: November 5, 2025.

7. All discovery, including expert discovery, shall be completed by: March 5, 2026.

8. Have the parties discussed the existence of electronically stored information (ESI) and discussed the location and production of such information, as required by Fed. R. Civ. P. 26? Yes.

9. Have the parties entered into an ESI protocol? No.

10. Final date to take the first step in dispositive motion practice: April 6, 2026.

11.     Do the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8? Yes.

12.     Do the parties consent to jurisdiction before United States Magistrate Judge Joseph A. Marutollo pursuant to 28 U.S.C. § 636(c)? No.

This Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED TO BY:

| **Attorney for Plaintiff** | **Attorney for Defendants** |
|---|---|
| Megan S. Goddard<br>Clela A. Errington | Ashley Jean Hale<br>John Paul Guyette |
| 39 Broadway, Suite 1540<br>New York, NY 10006 | 101 Park Avenue<br>New York, New York 10078 |
| 212-208-2914 | 212-309-6355 |
| megan@goddardlawnyc.com<br>clela@goddardlawnyc.com | ashley.hale@morganlewis.com<br>john.guyette@morganlewis.com |

                                    **SO ORDERED:**

Dated: Brooklyn, New York
_____

_____
**JOSEPH A. MARUTOLLO**
United States Magistrate Judge